Burke, J. (dissenting).
I dissent and vote to reverse and order a new trial on the ground that the award for the property which had been held for 50 years admittedly as a potential site for power transmission in connection with the development of a St. Lawrence River power project is erroneous. The award improperly included an element of damage based on the uses made possible only by the existence of the seaway and power projects, and thus this element of damage represented an enhancement in the value of the property occurring after, and the result of, the public determination to build the seaway and power project. (Cf. United States v. Miller, 317 U. S. 369; United States v. Chandler-Dunbar Co., 229 U. S. 53; United States v. Twin City Power Co., 350 U. S. 222; United States v. Grand Riv. Dam Auth., 363 U. S. 229; United States v. Virginia Elec. Co., 365 U. S. 624 [decided April 3, 1961].)
Chief Judge Desmond and Judges Dye, Fuld, Van Voobhis and Fosteb concur; Judge Bubke dissents in a separate memorandum in which Judge Fboessel concurs.
Judgment affirmed.